**892**

**LANE**

v.

**COMMONWEALTH.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Robert B. Hensley, Hensley, Mintmire & Craddock, Munfordville, for appellant.

Ed W. Hancock, Atty. Gen., Patrick B. Kimberlin, III, Asst. Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Justice STEPHENSON, Reversing.*

**DEPARTMENT OF ECONOMIC SECURITY, Commonwealth of Kentucky, Appellant,**

v.

**Stanley WATTS, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Ann T. Hunsaker, Legal Section, Dept. of Economic Security, Frankfort, for appellant.

Sam M. Ward, Hazard, for appellee.

Memorandum Opinion of the Court by Justice JONES, Reversing.*

**COMMONWEALTH of Kentucky, DEPARTMENT OF HIGHWAYS, Appellant,**

v.

**Gladys ROBERTS, widow, and Pikeville National Bank & Trust Company, Pikeville, Ky., Appellees.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

James D. Robinson, General Counsel, Dept. of Highways, Frankfort, Kenneth S. Baker, Pikeville, for appellant.

Kelsey E. Friend, Pikeville, for appellees.

Memorandum Opinion of the Court by Commissioner GARDNER, Affirming.*

**Kenneth E. TAPP, Appellant,**

v.

**COMMONWEALTH of Kentucky, Appellee.**

Court of Appeals of Kentucky.

Sept. 27, 1974.

Anthony M. Wilhoit, Frankfort, for appellant.

Ed W. Hancock, Atty. Gen., Michael J. Harrison, Asst. Deputy Atty. Gen., Frankfort, for appellee.

Memorandum Opinion of the Court by Chief Justice OSBORNE, Affirming.*

* Opinion ordered not to be published.